IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) No. 3:11-CR-00051 |
| | ) JUDGE TODD CAMPBELL |
| DAVID DARNELL BROWN, | ) |

## MOTION TO CONTINUE

Comes now the defendant, David Darnell Brown, by and through counsel, Glenn Funk, and requests that this Honorable Court continue the currently scheduled hearing date of June 21, 2012 at 3:00 p.m. to any day of the following week, June 25, 2012 – June 29, 2012.

As grounds, counsel for the defendant just received notice of this hearing yesterday, June 19, 2012 and has a scheduling conflict. Also, counsel for defendant has spoken with the United States Probation Officer and the drug test results from June 13, 2012 were sent to the lab and are expected to be back by Monday, June 25, 2012.

Respectfully submitted,

/s/ Glenn Funk
Glenn Funk #11492
222 Fourth Avenue North, Suite 100
Nashville, Tennessee 37219
Phone: (615) 255-9595
Counsel for Defendant

**ORDER**
**Motion Granted**
/S/ Joe B. Brown
**JOE B. BROWN**
**Magistrate Judge**

and the hearing is reset to Tuesday, July 10, 2012 at 1:00 p.m.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been transmitted via the Court's electronic filing system to the Honorable Blanche Cook Assistant United States Attorney, Federal Court Building, 110 9th Avenue South, A961, Nashville, Tennessee 37203, on this the 20th day of June, 2012.

/s/ Glenn Funk
Glenn Funk