UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00051 |
| | ) | JUDGE CAMPBELL |
| DAVID DARNELL BROWN | ) | |

ORDER

Pending before the Court is the Defendant's Petition (Docket No. 55), in which he requests that the Court cancel the hearing set for August 7, 2012 to consider the Probation Office's Petition For Action On Conditions Of Pretrial Release (Docket No. 54). Defendant requests that the Court cancel the hearing and allow the Defendant to report to the designated Bureau of Prisons facility as currently scheduled on August 13, 2012, or cancel the hearing and order the Defendant to report to the facility on August 7, 2012 by 2:00 p.m.

The Motion is DENIED. The Court will hold the scheduled hearing unless the Defendant is incarcerated at the designated Bureau of Prisons facility at the time the hearing is to be held, in which case, the hearing will be cancelled as unnecessary.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE