UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00051 |
| | ) | JUDGE CAMPBELL |
| DAVID DARNELL BROWN | ) | |

ORDER

In light of the Notice of Defendant Surrender (Docket No. 57), the hearing scheduled for August 7, 2012, is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE